States. *L. A. Gravelle, Edward F. Howrey, Douglas Whitlock* and *John G. Mullen* for respondents. ▮▮▮▮

No. 358. THOR CORPORATION *v.* MAYFLOWER INDUSTRIES. C. A. 3d Cir. Certiorari denied. *Walter C. Lundgren* and *Franklin B. Lincoln, Jr.* for petitioner. *Bernard G. Segal* and *James J. Leyden* for respondent. ▮▮▮▮

No. 546. HEIRS OF FERNANDEZ-GARCIA *v.* FERNANDEZ-ANTONETTI. C. A. 1st Cir. Certiorari denied. *Milton K. Eckert* for petitioners. *J. Guillermo Vivas* for respondent. ▮▮▮▮

No. 547. MAY *v.* ILLINOIS (BOYLE, STATE'S ATTORNEY). Criminal Court of Cook County, Illinois. Certiorari denied. *C. Vernon Thompson* for petitioner. *Ivan A. Elliott,* Attorney General of Illinois, and *John S. Boyle* for respondent.

No. 550. GENEVA METAL WHEEL Co. *v.* O'DONNELL ET AL. C. A. 6th Cir. Certiorari denied. *James A. Butler* and *Kenneth D. Carter* for petitioner. *Meyer A. Cook* and *Rees H. Davis* for respondents. ▮▮▮▮

No. 558. FIRST NATIONAL BANK OF CHICAGO, EXECUTOR, *v.* UNITED AIR LINES, INC. C. A. 7th Cir. Certiorari denied. *William C. Wines* and *John H. Bishop* for petitioner. *Howard Ellis* for respondent. ▮▮▮▮

No. 561. WILLIAMS *v.* HUGHES TOOL Co. C. A. 10th Cir. Certiorari denied. *Charles M. McKnight* and *Robert F. Davis* for petitioner. *George I. Haight* and